**IT IS SO ORDERED.**

**SIGNED THIS: December 29, 2010**

_____
**GERALD D. FINES**
**UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
DANVILLE DIVISION

```
In Re:                                  )
                                        )
PATRICK NABORS,                         )
     Debtor,                            )
                                        )   Case No.   09-92694
Housing Authority of the City          )
of Danville,                            )
     Plaintiff,                         )
                                        )
v.                                      )
                                        )   Adv. Proc. No.: 10-09025
Patrick Nabors,                         )
     Defendant.                         )
```

**O R D E R**

THIS MATTER having come before the Court pursuant to the Plaintiff's, HOUSING AUTHORITY OF THE CITY OF DANVILLE, Motion to Dismiss Adversary Proceedings, filed against the Debtor, PATRICK NABORS, and the Court having sent Notice giving the opportunity to object, and no one having objected to the Motion, this Court hereby voluntarily dismisses the Adversary Case filed by the HOUSING

AUTHORITY OF THE CITY OF DANVILLE against the Debtor, PATRICK NABORS, under Adversary Proc. No.: 10-09025.

### 

CURTIS A. ANDERSON, P.C.
Attorney at Law
7 E. Harrison St.
Danville, IL  61832
(217) 446-5297